IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EZERKIS, | 1:05-cv-1208-OWW-TAG HC |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| G. J. GUIRBINO, Warden, et al.,. | (Doc. #2 from Northern District) |
| Respondent. | |

Petitioner is a state proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed an application to proceed in forma pauperis and a certified copy of petitioner's prison trust account statement. (Doc. 2 from Northern District). Examination of these documents reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

**Dated:   October 24, 2005**             /s/ Theresa A. Goldner
j6eb3d                                                   UNITED STATES MAGISTRATE JUDGE