IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS EZERKIS,** | 1:05-cv-01208-LJO-TAG HC |
| Petitioner, | **ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME (Doc. 16)** |
| v. | |
| **G. J. GIURBINO, Warden, et al.,** | |
| Respondents. | |

On July 27, 2007, the Court ordered Respondent to file an answer.  (Doc. 12).  On October 24, 2007, Respondent filed the instant motion for extension of time to file his answer, citing the demands of other cases as grounds for the extension.  (Doc. 16).

GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED Respondent's motion for extension of time (Doc. 16), is GRANTED.  Respondent has thirty (30) days from the date of service of this order to file a responsive pleading.

IT IS SO ORDERED.

Dated:  **October 24, 2007**               /s/ Theresa A. Goldner
                                           UNITED STATES MAGISTRATE JUDGE

1