IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EZERKIS, | 1:05-cv-01208 LJO-TAG (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| G.J. GIURBINO, Warden, et al., | (DOCUMENT #25) |
| Respondents. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 22, 2008, petitioner filed a motion to extend time to file his traverse. The instant request is Petitioner's second request for an extension of time to file a traverse. (See Docs. 22, 24).

In Petitioner's prior request for an extension of time, filed December 17, 2007, Petitioner sought a 90-day extension on the ground that the law library at the prison where he is incarcerated has a 20-person capacity and restricted use. (Doc. 22). In Petitioner's current request for an extension of time, Petitioner seeks a 60-day extension on the ground that the prison is on a "total emergency medical quarantine lockdown" and he does not have access to the law library during the medical quarantine period.

///

///

-1-

1  Good cause having been presented to the Court and GOOD CAUSE APPEARING
2  THEREFOR, IT IS HEREBY ORDERED that:
3      1. Petitioner is granted thirty (30) days from the date of service of this order in which to
4  file a traverse .
5      2. No further extensions of time to file a traverse will be granted.

8  IT IS SO ORDERED.
9  Dated:   **February 6, 2008**                              **/s/ Theresa A. Goldner**
                                                              UNITED STATES MAGISTRATE JUDGE