UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS EZERKIS, | ) | 1:05-CV-01208 LJO JMD (HC) |
| | ) | |
| Petitioner, | ) | ORDER VACATING ORDER ADOPTING |
| | ) | FINDINGS AND RECOMMENDATION AND |
| v. | ) | JUDGMENT ENTERED ON DECEMBER 8, |
| | ) | 2008 [Doc. #32, 33] |
| | ) | |
| WARDEN G.J. GUIRBINO, | ) | ORDER GRANTING FIRST MOTION FOR |
| | ) | EXTENSION OF TIME [Doc. #31] |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Magistrate Judge issued a Findings and Recommendation on October 24, 2008, recommending that the petition for writ of habeas corpus be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. After the thirty day time frame expired, the Recommendation was adopted in full and judgment was entered in favor of Respondent on December 8, 2009.

On December 8, 2009, Petitioner filed a motion for extension of time to file his objections to the Recommendation. The motion was dated as of December 1, 2008, the date upon which Petitioner's objections were due to the Court. As it was dated within the thirty day period to file objections, the Court will construe this motion for an extension of time to file objections as timely,

1 pursuant to the mailbox rule, and permit Petitioner only this one thirty-day extension of time.  *See*
2 Patterson v. Stewart, 251 F.3d 1243, 1245 n.2 (9th Cir. 2001).  In the interest of justice, therefore,
3 the Court will vacate the judgment and grant Petitioner an opportunity to file objections to the
4 Findings and Recommendation.
5       Accordingly, it is HEREBY ORDERED that:
6     1.     The Court's December 8, 2008, order adopting the Findings and Recommendation
7          and judgment entered in favor of Respondent is VACATED;
8     2.     Within thirty (30) days from the date of service of this order, Petitioner may file
9          objections to the Findings and Recommendation; and,
10    3.     Failure to file timely objections will result in the issuance of a final order resolving
11          the instant petition.

14 IT IS SO ORDERED.
15 **Dated:   December 9, 2008**          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE